(Del. Rev.12/98)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Steve A Hickman
_____

(Name of Plaintiff or Plaintiffs)

CIVIL ACTION NO. 06-342

v.

Det Marzec, Town of Delmar,
Officer Rogers, Town of Georgetown
(Name of Defendant or Defendants)
Chief Hal Saylor Individually
& Official capacity

**COMPLAINT**

FILED
MAY 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP Scanned
LFP

1. This action is brought pursuant to  42 U.S.CA. 1983
   (Federal statute on which action is based)

   for discrimination related to Constitutional rights  jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)

   1332 (a) pendent.
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at  9008 Green Top Rd
   (Street Address)

   Lincoln    Sussex    DE    19960
   (City)     (County)  (State) (Zip Code)

   302-422-9337
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at  Delmar Police Department
   (Street Address)

   Delmar    Sussex    Delaware + Maryland    ✗
   (City)    (County)  (State)                (Zip Code)

4. The alleged discriminatory acts occurred on  30 , June , 2005 .
                                                (Day) (Month) (Year)

5. The alleged discriminatory practice  ☑ is   ☐ is not  continuing.

✗ 400 South Pennsylvania Ave, Delmar Delaware/
Maryland 21875

6. Plaintiff(s) filed charges with the <u>Superior Court</u>
   (Agency)
   <u>    Georgetown Sussex DE 19947    </u>
   (Street Address) (City) (County) (State) (Zip)
   regarding defendant(s) alleged discriminatory conduct on: <u>    </u>
                               (Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?    Yes ☐    No ☑

   If yes, to whom was the appeal taken? <u>           </u>

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

   On June 30, 2005, Officer Rogers of Georgetown PD stopped Plaintiff on orders of Det Marzec who was assisted by his Chief of Police Mr Saylor. Det Marzec nor Officer Rogers had probable cause to stop vehicle a hunch isn't probable cause. Det Marzec & Chief Saylor

10. Defendant's conduct is discriminatory with respect to the following:

    A. ☑ Plaintiff's race
    B. ☐ Plaintiff's color
    C. ☐ Plaintiff's sex
    D. ☐ Plaintiff's religion
    E. ☐ Plaintiff's national origin

11.    Plaintiff prays for the following relief:    (Indicate the exact relief requested)

For damages mentally, physcially I seek $500,000 per Defendand I seek Injunctiv relif via Court preventing defendants from doing same in future

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-22-06

*Steve Hich*
(Signature of Plaintiff)

Steve Hickman
9008 Green top
Rd Lincoln DE 19960

for the Clerk office
UNITED STATES DISTRICT
COURT 844 N. King Street Lock Box 18
Wilmington DELaware 19801-3570