IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVE A. HICKMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-342 KAJ |
| | ) | |
| DET MARZEC, TOWN OF DELMAR, | ) | |
| OFFICER ROGERS, TOWN OF | ) | |
| GEORGETOWN, CHIEF HAL SAYLOR, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 1st day of June, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge