IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVE A. HICKMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DETECTIVE MARZEC, TOWN OF ) <br> DELMAR, OFFICER ROGERS, ) <br> TOWN OF GEORGETOWN, and ) <br> CHIEF HAL SAYLOR, ) <br> ) <br> Defendants. ) | Civ. No. 06-342-KAJ |

## SUPPLEMENTAL SERVICE ORDER

WHEREAS, Plaintiff filed an amended complaint prior to service of the original complaint (D.I. 8);

WHEREAS, "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served", Fed. R. Civ. P. 15(a), and to date, a responsive pleading has not been served;

WHEREAS, the Court has identified cognizable claims within the meaning of 28 U.S.C. § 1915A(b) against reinstated Defendants the Town of Delmar and The Town of Georgetown;

NOW THEREFORE, IT IS HEREBY ORDERED this 11th day of August, 2006 that:

    1.    The clerk of the court shall cause a copy of this order to be mailed to Plaintiff.

      2.      Pursuant to Fed. R. Civ. P. 4(c)(2), 4(I), and 4(j), Plaintiff shall complete and return to the clerk of the court an **original** "U.S. Marshal-285" form for **reinstated Defendants the Town of Delmar and the Town of Georgetown** and **the Chief Executive Officer for the Town of Delmar** and **the Chief Executive Officer for the Town of Georgetown**. Failure to submit these forms may provide grounds for dismissal of the lawsuit pursuant to Fed. R. Civ. P. 4(m).

      Additionally, **Plaintiff shall provide the Court with copies of the complaint (D.I. 2), the amended complaint (D.I. 8), and the Court's July 5, 2006 order (D.I. 7) for service upon the reinstated Defendants**. Plaintiff is notified that the United States Marshal will not serve the amended complaint until all "U.S. Marshal 285" forms have been received by the clerk of the court. Failure to provide the "U.S. Marshal 285" forms and a copy of the amended complaint for each reinstated Defendants within 120 days from the date of this order may result in the complaint and/or amended complaint being dismissed or Defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).

      3.      Upon receipt of the completed "U.S. Marshal 285" form(s), the United States Marshal shall serve a copy of the amended complaint and this order upon the reinstated defendant(s) as directed by plaintiff. All costs of service shall be advanced by the United States.

    4.    No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware