IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVE A. HICKMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-342-SLR |
| ) | |
| DETECTIVE MARZEC, TOWN OF ) | |
| DELMAR, OFFICER ROGERS, ) | |
| TOWN OF GEORGETOWN, CHIEF HAL ) | |
| SAYLOR, and CHIEF OF POLICE ) | |
| FOR THE TOWN OF DELMAR, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, plaintiff, Steve A. Hickman, Jr., filed this civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on July 5, 2006, and August 11, 2006, the court entered orders requiring plaintiff to complete and return USM-285 forms for each defendant, and informing plaintiff that the United States Marshal would not serve the complaint and amended complaint until all USM-285 forms were received by the clerk of the court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendants being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 7, 9);

WHEREAS, to date, none of the required USM-285 forms have been received from plaintiff;

THEREFORE, at Wilmington this 12th day of January, 2007, IT

IS HEREBY ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

                                              /s/ Sue L. Robinson
                                          UNITED STATES DISTRICT JUDGE