OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

January 17, 2007

TO:  Steve A. Hickman  
     9008 Green Top Rd.  
     Lincoln, DE 19960

     **RE: Incomplete U.S. Marshal 285 Forms**  
        *Civ. No. 06-342(SLR)*

Dear Mr. Hickman:

    Please be advised that this office has received incomplete USM 285 forms for Town of Delmar, Town of Georgetown, Chief Executive Officer of Town of Delmar and Chief Executive Officer of Town of Georgetown. Please fill out the address section to include the zipcode and the forms need to be signed.

    Please submit the corrected USM 285 forms to the Clerk's Office. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                 Sincerely,

/ead  
                                 PETER T. DALLEO  
                                 CLERK

cc:  The Honorable Sue L. Robinson  
enc: Incomplete 285 forms