OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 21, 2007

TO:  Steve A. Hickman
     9008 Green Top Rd.
     Lincoln, DE 19960

**RE:  U.S. Marshal 285 Forms**
*Civ. No. 06-342(SLR)*

Dear Mr. Hickman:

Please be advised that this office has received a complete USM 285 form for the Town of Georgetown. The forms submitted for Town of Delmar, Det Marzec and Hal Saylor are incomplete and do not include zip codes in the {Serve At} section of the forms.

Also, note that all the required USM 285 forms have not been received. Enclosed please find a copy of the service orders in your case (DI 7 and 9) and six blank USM 285 forms.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Sue L. Robinson
enc: DI 7, 9
     Incomplete USM forms